IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE C. WOOD :

   v. : CIVIL ACTION NO. 02-4523

FRANK D. GILLIS, ET AL. :

ORDER OF REPORT AND RECOMMENDATION

  AND NOW, this  day of  ,  , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

  ORDERED that the above-captioned case is referred to the Honorable JAMES R. MELINSON, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

civrr