IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Maurice C. Wood, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| Frank D. Gillis, et al., | : | 02-CV-4523 |
| Respondents | : | |

O R D E R

R. BARCLAY SURRICK, J.

AND NOW, this       day of              , 2003, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of Chief United States Magistrate Judge James R. Melinson, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of *habeas corpus* is STAYED and placed in CIVIL SUSPENSE pending resolution of Wood's application for collateral review in the state courts, including appellate review.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
R. BARCLAY SURRICK, J.