IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-4523 |
| | : | |
| FRANK D. GILLIS, ET AL. | : | |
| | : | |

**ORDER**

AND NOW, this 25th day of April, 2006, it appearing to the Court that the above-entitled case should be transferred from the Civil Suspense File, it is ORDERED that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

IT IS SO ORDERED.

BY THE COURT:

/s R. Barclay Surrick
_____
R. Barclay Surrick, Judge