IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| FRANK D. GILLIS, ET AL. | : | NO. 02-4523 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW**, this 11th day of May, 2006, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

BY THE COURT:

/s R. Barclay Surrick

_____
R. Barclay Surrick, Judge