IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | |
| | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | NO. 02-4523 |
| FRANK D. GILLIS, et al. | : | |

## ORDER OF REPORT AND RECOMMENDATION

**AND NOW**, this 16th day of May, 2006, in accordance with the procedure for the random assignment of habeas corpus cases, Local Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is **ORDERED** that the above-captioned case is referred to the Honorable Jacob P. Hart, United States Magistrate Judge, for a report and recommendation.

IT IS SO ORDERED.


BY THE COURT:

/s R. Barclay Surrick

_____
R. Barclay Surrick, Judge