IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al. | : | 02-4523 |

## O R D E R

AND NOW, this   18th   day of   , 2006, upon consideration of Relator's Petition for a Writ of Habeas Corpus, and the Order of the Honorable R. Barclay Surrick, removing this case from civil suspense, IT IS ORDERED that:

1. The District Attorney of Philadelphia County shall supplement her previously filed Response, taking into consideration the state courts' decisions that post-date the previously filed Response.

2. The Clerk of the Quarter Sessions Court or Office of Judicial Support of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of Commonwealth v. Wood, Court of Common Pleas of Philadelphia County, Information Nos. 4420, 4421, 4422, and 4425, November Term, 1992; and Nos. 1449 and 1452, February Term, 1993, within twenty (20) days of the date of this order.

BY THE COURT:

/s/ Jacob P. Hart
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed _____ to:          Copies mailed _____ to: