IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| v. | : | |
| FRANK D. GILLIS, et al. | : | NO. 02-4523 |

## O R D E R

**AND NOW**, this            day of                            , 2006, respondents' time for filing a supplemental response to the petition for writ of habeas corpus is extended to July 28, 2006.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE C. WOOD : CIVIL ACTION

v. :

FRANK D. GILLIS, et al. : NO. 02-4523

## MOTION FOR *NUNC PRO TUNC* ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

**LYNNE ABRAHAM**, District Attorney of Philadelphia County, by **ROBERT M. FALIN**, Assistant District Attorney, on behalf of respondents, respectfully requests a an enlargement of time within which to file a response to the petition for writ of habeas corpus identified above and, in support thereof, states the following:

1. The response to this petition for writ of habeas corpus was due on July 24, 2005.

2. Undersigned counsel completed a draft of this response as soon as was possible.

3. Undersigned counsel apologizes to this Court for this belated filing and asks for permission to file this brief four days late.

**WHEREFORE**, respondents respectfully request that they be given an additional 4 days *nunc pro tunc* within which to file their Supplemental Response to the Petition for Writ of Habeas Corpus.

                                          Respectfully submitted,

                                          /s/

                                          ROBERT M. FALIN
                                          Assistant District Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| v. | : | |
| FRANK D. GILLIS, et al. | : | NO. 02-4523 |

## CERTIFICATE OF SERVICE

I, ROBERT M. FALIN, herby certify that on July 28, 2006, a copy of the foregoing pleading was served by placing same, first-class postage prepaid, in the United States Mail, addressed to:

>M. Wood
>CN-3835
>1 Kelley Drive
>Coal Township, PA 17866

>/s/
>_____
>ROBERT M. FALIN
>Assistant District Attorney
>District Attorney's Office
>Three South Penn Square
>Corner of Juniper and South Penn Square
>Philadelphia, PA 19107-3499
> 215-686-5690