IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE C. WOOD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK D. GILLIS, et al. | : | NO. 02-4523 |

**O R D E R**

R. BARCLAY SURRICK, J.,

AND NOW, this 19th day of October, 2006, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ R. Barclay Surrick
U.S. District Court Judge